Date:  02/02/11                                                                                                    Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-32416 - THOMPSON, SCOTT C.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**c/o Wells Fargo Card Services**<br>**Recovery Department**<br>**P.O. Box 9210**<br>**Des Moines, IA 50306**<br>    3351 | **000001** | **2,503.28** | **3.08** |

----------- Remittance Total --------------                                              **2,503.28**                    **3.08**

CHARLES W. RIES, Trustee

RECEIVED
11 FEB -7 PM 12: 28
U.S. BANKRUPTCY COURT
ST. PAUL, MN

COURT1                                                                           Printed: 02/02/11 02:38 PM    Ver: 16.01c